**DISMISS; and Opinion Filed April 16, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-01092-CR**
**No. 05-14-01093-CR**

**LENWARD EARL GOREE, JR., Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-53643-K, F13-62239-K**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Brown, and Justice Stoddart
Opinion by Justice Brown

Lenward Earl Goree, Jr. pleaded guilty to two felony driving while intoxicated offenses. Pursuant to plea agreements, the trial court sentenced appellant to five years' imprisonment in each case. Appellant waived his right to appeal as part of the agreements. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified both that appellant has no right to appeal the plea bargains and that he waived his right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeals for want of jurisdiction.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

141092F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LENWARD EARL GOREE, JR., Appellant

No. 05-14-01092-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4, Dallas County, Texas
Trial Court Cause No. F13-53643-K.
Opinion delivered by Justice Brown, Chief Justice Wright and Justice Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 16th day of April, 2015.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LENWARD EARL GOREE, JR., Appellant

No. 05-14-01093-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4, Dallas County, Texas

Trial Court Cause No. F13-62239-K.

Opinion delivered by Justice Brown, Chief Justice Wright and Justice Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 16th day of April, 2015.